**So Ordered.**



Frank L. Kurtz
Bankruptcy Judge

**Dated: March 29th, 2013**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re …

**PRIUM SPOKANE BUILDINGS, L.L.C.,**

Debtor.

No. **10-06952-FLK11**
Chapter **11**

**FINDINGS OF FACT AND CONCLUSIONS OF LAW RE: CONFIRMATION OF SECOND AMENDED AND MODIFIED PLAN OF REORGANIZATION**

This matter came on for hearing upon the Second Amended Plan Of Reorganization filed by Prium Spokane Buildings, L.L.C. (the "Debtor") on January 16, 2013. The Court considered the comments of counsel, and the records and files herein, including the following:

- Order Authorizing Compromise Of Claims And Approving Settlement And Release Agreement, And Denying Motion For Order Of Dismissal *[Docket No. 342];*

Page 1
Findings of Fact and Conclusions
of Law re: Confirmation
Prium\Pleadings.cn

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

- First Amended Disclosure Statement *[Docket No. 410]*;

- First Amended Plan Of Reorganization *[Docket No. 411]*;

- List Classifying Claims And Interests *[Docket No. 415]*;

- Mastro Trustee's Objection To Debtor's First Amended Disclosure Statement *[Docket No. 416]*;

- Notice Of Hearing Re: First Amended Disclosure Statement *[Docket No. 418]*;

- Stipulation For Funding Remaining Settlement Payment Pursuant To Settlement And Release Agreement (the "<u>Stipulation</u>") *[Docket No. 429]*;

- Order Approving First Amended Disclosure Statement, As Modified, And Setting Confirmation Hearing *[Docket No. 433]*;

- Second Amended Disclosure Statement *[Docket No. 434]*;

- Second Amended Plan Of Reorganization *[Docket No. 435]*;

- Notice of Approval Of Second Amended Disclosure Statement, And Matters Relating To Confirmation Of Plan *[Docket No. 436]*;

- Report Of Balloting and Ballot Summary *[Docket No. 447 and 447-1]*;

- Declaration Of Glenn R. Davis In Support Of Confirmation Of Second Amended Plan Of Reorganization *[Docket No. 456]*; and

- Declaration Of Jeffrey Silesky In Support Of Confirmation Of Second Amended Plan Of Reorganization *[Docket No. 461]*;

Based on the foregoing, the Court enters the following FINDINGS OF FACT:

1. On November 8, 2012, the Debtor filed the First Amended Disclosure Statement and the First Amended Plan of Reorganization.

Page 2
Findings of Fact and Conclusions
of Law re: Confirmation
Prium\Pleadings.cn

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

10-06952-FLK11    Doc 464    Filed 03/29/13    Entered 04/01/13 13:05:57    Pg 2 of 7

2. On December 11, 2012, James F. Rigby, the Chapter 7 Trustee in the bankruptcy estate of Michael R. Mastro filed the Mastro Trustee's Objection To Debtor's First Amended Disclosure Statement (the "Objection").

3. On January 10, 2013, a hearing was held regarding the Objection, after which the Court, on January 15, 2013, entered an Order Approving First Amended Disclosure Statement, As Modified, And Setting Confirmation Hearing (the "Order").

4. In accordance with the Order, the Debtor filed a Second Amended Disclosure Statement (the "Disclosure Statement") and a Second Amended Plan Of Reorganization (the "Plan") on January 16, 2013.

5. The Debtor transmitted the Disclosure Statement, the Plan, and related materials to the Master Mailing List on January 16, 2013.

6. Similar claims, such as unsecured trade debt and unsecured non-trade debt, are classified together, and are treated equally within each class. The Plan provides the same treatment for each claim or interest within a particular class.

7. The Debtor did not solicit acceptances or rejections of the Plan except as authorized by the Order.

8. The Plan provides for payment of all allowed Priority Tax Claims in regular installment payments in cash of a total value, as of the Effective Date of the Plan, equal to the allowed amount of such claim over a period ending not later than five (5) years after the Petition Date in a manner not less favorable than the most favored nonpriority unsecured

Page 3
Findings of Fact and Conclusions
of Law re: Confirmation
Prium\Pleadings.cn

10-06952-FLK11    Doc 464    Filed 03/29/13    Entered 04/01/13 13:05:57    Pg 3 of 7

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

claim provided for by the Plan (other than cash payments made to a class of creditors under 11 U.S.C. § 1122(b)).  The Debtor believes that there are no Priority Tax Claims.

9. The Plan has been proposed in good faith and not by any means forbidden by law.

10. The compensation of Davidson Backman Medeiros PLLC and Berreth, Smith & Associates, PLLC (formerly Berreth, Lochmiller & Associates, PLLC) for services rendered through the Confirmation Date will be subject to Court approval after notice and hearing.  Until the closing of this case, Davidson Backman Medeiros PLLC and Berreth, Smith & Associates, PLLC, at the Debtor's discretion, will be employed after confirmation at their normal and usual hourly rates, plus reimbursement for expenses.

11. The Debtor will take all actions that are needed to implement the terms of the Plan, such as the filing of an interpleader action, and will then close this case.  There will be no insiders compensated by the debtor after confirmation, although the existing members will continue in office to implement the Plan.  There will be no other insiders employed or retained after reorganization.

12. The Plan provides for no rate changes after confirmation of the Plan with any governmental regulatory commission with jurisdiction over the rates of the Debtor.

13. Class 2, Class 3, Class 4, Class 5, Class 6, Class 7, and Class 8 are impaired. Ballots were cast by Class 2, Class 4, and Class 6, with all ballots voted in acceptance of the Plan, resulting in acceptance of the Plan by Class 2, Class 4, and Class 6.

Page 4
Findings of Fact and Conclusions
of Law re: Confirmation
Prium\Pleadings.cn

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

10-06952-FLK11    Doc 464    Filed 03/29/13    Entered 04/01/13 13:05:57    Pg 4 of 7

14. According to the Declaration of Glenn R. Davis and the Liquidation Analysis, creditors will receive a greater distribution under the Plan than would be received if the assets of the Debtor were liquidated by a Chapter 7 Trustee or by any other means.

15. The Plan provides for the liquidation of the assets of the Debtor. There will be no need for further financial reorganization of the Debtor.

16. The Plan provides for payment of administrative claims upon allowance by the Court.

17. The Plan provides for payment of all U.S. Trustee fees when due, through the closing of the case.

18. The Debtor sponsors no retiree benefits.

19. The Debtor is a Washington limited liability company debtor engaged in business.

Based on the foregoing FINDINGS OF FACT, the Court enters the following CONCLUSIONS OF LAW:

1. The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law; and

2. The provisions of Chapter 11 have been complied with; the Plan has been proposed in good faith and not by means forbidden by law; and

3. Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan, property of a value, as of the Effective Date of the Plan, that is not less

Page 5
Findings of Fact and Conclusions
of Law re: Confirmation
Prium\Pleadings.cn

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

than the amount that such holder would receive or retain if the Debtor were liquidated under Chapter 7 of the Code on such date, or the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that are impaired under the Plan and has not accepted the Plan; and

4. All payments made or promised by the Debtor by a person issuing securities or acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court; and

5. The identity, qualifications, and affiliations of the persons who are to be directors or officers, if any, of the Debtor after confirmation of the Plan have been fully disclosed, and the appointment of such persons to such offices or the continued appointment of such persons to such offices, or their continuance therein, is equitable and consistent with the interests of the creditors and equity security holders and with public policy; and

6. The identity of any insider that will be employed or retained by the Debtor and their compensation has been fully disclosed; and

7. Confirmation of the Plan is not likely to be followed by the need for further financial reorganization of the Debtor; and

Findings of Fact and Conclusions
of Law re: Confirmation
Prium\Pleadings.cn

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

10-06952-FLK11    Doc 464    Filed 03/29/13    Entered 04/01/13 13:05:57    Pg 6 of 7

8. The Plan shall be substantially consummated pursuant to 11 U.S.C. § 1101(2) upon commencement of the distribution under the Plan, and upon full payment of all administrative expenses, but in no event before the thirtieth day after the Effective Date.

/// End of Order ///

Presented by:

DAVIDSON BACKMAN MEDEIROS PLLC

  /s/ Barry W. Davidson
Barry W. Davidson, WSBA No. 07908
Attorney for Prium Spokane Buildings, L.L.C.
1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, Washington  99201
Telephone: (509) 624-4600

Page 7
Findings of Fact and Conclusions
of Law re: Confirmation
Prium\Pleadings.cn

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

10-06952-FLK11    Doc 464    Filed 03/29/13    Entered 04/01/13 13:05:57    Pg 7 of 7